ACCEPTED
06-15-00146-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/16/2015 4:18:24 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00146-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/17/2015 8:21:00 AM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **6th COURT** |
| | § | |
| **CHASE CRAIG HUDSON** | § | **OF APPEALS** |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Chase Hudson, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 8th Judicial District Court of Hopkins County, Texas.

2.      The case below was styled the <u>STATE OF TEXAS vs. Chase Craig Hudson</u>, and numbered 1424247.

3.      Appellant was convicted of Injury to an Elderly.

4.      Appellant was assessed a sentence of twenty years on August 12, 2015.

5.      Notice of appeal was given on August 19, 2015.

6.      The clerk's record was filed on October 6, 2015; the reporter's record

was filed on October 13, 2015.

7. The appellate brief is presently due on November 12, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. November 16, 2015.

9. No extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Appellant's Attorney is a solo practitioner and has been involved in the trial of two felony jury trial during the month of October and the first week of November of 2015, further Appellant's Attorney was involved in a misdemeanor jury trial during October as well. Appellant's Attorney has been unable to complete the Appellant's brief in this matter.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

FRANK LONG
614 Oak Avenue
Sulphur Springs, Texas 75482
Tel: (903) 885-7800
Fax: (903) 885-7133

By:_____

Frank Long
State Bar No. 12519500
franklonglaw@gmail.com
Attorney for Chase Hudson

## CERTIFICATE OF SERVICE

This is to certify that on November 16, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, Texas, by fax to 903-885-0640.

_____

Frank Long

**STATE OF TEXAS**                                §
                                                  §
**COUNTY OF HOPKINS**                             §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared Frank Long, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

Frank Long
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on November 16, 2015, to certify which witness my hand and seal of office.


LACI SHEA MURRAY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 01-12-2017

Notary Public, State of Texas